Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Juniper Networks, Inc.,

        Plaintiff(s),

  v.

Swarm Technology LLC,

        Defendant(s).

Case No: 5:20-cv-03137

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

   I, Alan M. Fisch, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Juniper Networks, Inc. in the above-entitled action. My local co-counsel in this case is Ken K. Fung, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 5301 Wisconsin Avenue NW, Fourth Floor<br>Washington, DC 20015 | 400 Concar Drive<br>San Mateo, CA 94402 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 362-3600 | (650) 362-8207 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Alan.Fisch@fischllp.com | Ken.Fung@fischllp.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 453068.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/07/20

                            /s/ *Alan M. Fisch*
                            APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Alan M. Fisch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 7, 2020

                            *Susan van Keulen*
             UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE