Leo R. Beus *(pro hac vice* pending*)*
Michael K. Kelly *(pro hac vice* pending*)*
K. Reed Willis *(pro hac vice* pending*)*
BEUS GILBERT PLLC
Attorneys at Law
701 North 44th Street
Phoenix, Arizona  85008-6504
Telephone:  (480) 429-3000
Facsimile:   (480) 429-3001
Email:   lbeus@beusgilbert.com
       mkelly@beusgilbert.com
       rwillis@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Suneel Jain (State Bar No. 314558)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:   asteyer@steyerlaw.com
       sjain@steyerlaw.com

*Attorneys for Defendant
Swarm Technology LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUNIPER NETWORKS, INC. | Case No. 5:20-cv-03137-JD |
| Plaintiff, | |
| v. | **SWARM TECHNOLOGY LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| SWARM TECHNOLOGY LLC, | |
| Defendant. | |

1

SWARM TECHNOLOGY LLC'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS        CASE NO. 5:20-CV-03137-JD

1  Pursuant to Local Rule 3-15, Defendant Swarm Technology LLC submits this
2  Certification of Interested Entities or Persons.
3  Swarm has no disclosures to make pursuant to subparagraph (a)(1) and certifies that no
4  such interest is known other than that of the named parties to the action.

Dated: July 14, 2020    Respectfully submitted,

By    /s/ *K. Reed Willis*

**BEUS GILBERT PLLC**
  Leo R. Beus
  Michael K. Kelly
  K. Reed Willis

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
  Allan Steyer
  Suneel Jain

*Attorneys for Defendant Swarm Technology LLC*

2