# Exhibit A

**Juniper Networks Claim Chart**

---

**U.S. Patent 9,852,004**

System and method for parallel processing using dynamically configurable proactive co-processing cells

---

**References**

**[Reference 1]** Zero Touch Wireless Deployment with Juniper Networks Switches and Aerohive Access Points

---

**Products currently using Zero Touch Provisioning**

EX Series, MX Series, PTX Series, QFX Series, SRX Series
See Appendix B for complete list of model numbers.

| Patent '004 Claim Elements | Juniper |
|---|---|
| **1.** A processing system, comprising: a task pool; | The processing system is depicted on Appendix A.<br><br>The Aerohive access point will establish communication with HiveManager and will automatically get its configuration and firmware<br>[Reference 1, page 4] |
| a controller configured to populate the task pool with a plurality of first tasks and a plurality of second tasks; | Auto-provisioning allows administrators to quickly deploy Aerohive devices<br>[Reference 1, page 4]<br><br>The network administrator must set up the environment to support the ZTP process<br>[Reference 1, page 6]<br><br>Network administrators can manually prepare all tasks shown below:<br>&bull;   Software image file name<br>&bull;   Configuration file name<br>&bull;   File transfer mode<br>&bull;   Server IP address where these files are located<br>[Reference 1, page 6] |
| a first co-processor configured to successively: retrieve a first task from the task pool; | With auto-provisioning, once an Aerohive device communicates with the HiveManager, the device will automatically receive the latest configuration and firmware.<br>[Reference 1, page 4] |
| deliver the first task to the first co-processor; | The Aerohive access point will establish communication with HiveManager and will automatically get its configuration and firmware if auto-provisioning has been enabled<br>[Reference 1, page 4] |
| process the first task; | This significantly shortens the time and effort required to deploy an Aerohive WiFi solution.<br>[Reference 1, page 4] |
| generate first resulting data; | The device compares the downloaded image file with the installed software version. If the downloaded image file is different from the installed software version, the downloaded software image is installed and the switch reboots.<br>[Reference 1, page 11]<br><br>At this point, the switch has the software image required for the device and also has the common configuration file intended for that device type.<br>[Reference 1, page 11] |

| | |
|---|---|
| and update the task pool to reflect completion of the first task, all without any communication between the first co-processor and the controller; | The AP connects to the Internet to reach HiveManager. With auto-provisioning enabled, once the AP establishes communication with HiveManager, the device will automatically receive the latest configuration and firmware. [Reference 1, page 12] |
| and a second co-processor configured to successively: retrieve a second task from the task pool; | With auto-provisioning, once an Aerohive device communicates with the HiveManager, the device will automatically receive the latest configuration and firmware. [Reference 1, page 4] |
| deliver the second task to the second co-processor; | The Aerohive access point will establish communication with HiveManager and will automatically get its configuration and firmware if auto-provisioning has been enabled [Reference 1, page 4] |
| process the second task; | This significantly shortens the time and effort required to deploy an Aerohive WiFi solution. [Reference 1, page 4] |
| generate second resulting data; | The device compares the downloaded image file with the installed software version. If the downloaded image file is different from the installed software version, the downloaded software image is installed and the switch reboots. [Reference 1, page 11]<br><br>At this point, the switch has the software image required for the device and also has the common configuration file intended for that device type. [Reference 1, page 11] |
| and update the task pool to reflect completion of the second task, all without any communication between the second co-processor and the controller; | The AP connects to the Internet to reach HiveManager. With auto-provisioning enabled, once the AP establishes communication with HiveManager, the device will automatically receive the latest configuration and firmware. [Reference 1, page 12] |
| wherein the processing system is configured to dynamically accept the first co-processor, the second co-processor, and an additional co-processor into the processing system on a plug-and-play basis without any communication with the controller. | By combining the ZTP capabilities of Juniper's switching platforms and the auto-provisioning capabilities of Aerohive access points, enterprises have a true Zero-Touch Deployment solution for both wireless and wired network deployments. [Reference 1, page 17]<br><br>The objective of this document is to demonstrate plug-and-play deployment of Juniper Networks® EX Series switches and Aerohive access points [Reference 1, page 3] |

## Appendix A





## *Processing System*

This figure is shown in Reference 1, page 6.

Notes:

The shown *Controller* – i.e., Administrator – and *Co-processor (12A)* were added to the original figure.

The words *Processing System, Task Pool, Controller,* and *Co-processor* were added
to associate with the terminology used by Patent '004

## Appendix B

## Juniper Products using Zero Touch Provisioning

**Source:**
https://apps.juniper.net/feature-explorer/feature-info.html?fKey=4161&fn=ZTP%20%E2%80%93%20Zero%20Touch%20Provisioning%20(EZ%20Touchless%20Provisioning%20using%20DHCP)

| Product/Application | Introduced Software Release |
|---|---|
| EX2200 | Junos OS  12.2R1 |
| EX2200-C | Junos OS  12.2R1 |
| EX2300 | Junos OS  15.1X53-D50 |
| EX2300-VC | Junos OS  15.1X53-D50 |
| EX3200 | Junos OS  12.2R1 |
| EX3300 | Junos OS  12.2R5 |
| EX3400 | Junos OS  15.1X53-D50 |
| EX3400-VC | Junos OS  15.1X53-D50 |
| EX4200 | Junos OS  12.2R1 |
| EX4300 | Junos OS  13.2X51-D20 |
| EX4300 Multigigabit | Junos OS  18.2R1 |
| EX4500 | Junos OS  12.2R1 |
| EX4550 | Junos OS  12.2R1 |
| EX4650-48Y | Junos OS  18.3R1 |
| Network Director | Network Director  1.5R1 on Junos Space Platform 13.1P5 |
| MX5 | Junos OS  16.1R1 |
| MX10 | Junos OS  16.1R1 |
| MX40 | Junos OS  16.1R1 |
| MX80 | Junos OS  16.1R1 |
| MX104 | Junos OS  16.1R1 |
| MX150 | Junos OS  17.4R1 |

**(The list of products continues on next page)**

| Product/Application | Introduced Software Release |
|---|---|
| MX204 | Junos OS 17.4R1 |
| MX240 | Junos OS 18.1R2 |
| MX480 | Junos OS 16.1R1 |
| MX480 | Junos OS 18.1R2 |
| MX960 | Junos OS 16.1R1 |
| MX960 | Junos OS 18.1R2 |
| MX2010 | Junos OS 16.1R1 |
| MX2010 | Junos OS 18.1R2 |
| MX2020 | Junos OS 16.1R1 |
| MX2020 | Junos OS 18.1R2 |
| MX10003 | Junos OS 16.1R1 |
| MX10003 | Junos OS 17.3R1 |
| NFX250 | Junos OS 15.1X53-D40 |
| OCX1100 | Junos OS 14.1X53-D20 |
| PTX1000 | Junos OS 17.2R1 |
| PTX3000 | Junos OS 18.2R1 |

| Product/Application | Introduced Software Release |
|---|---|
| PTX5000 | Junos OS 18.2R1 |
| PTX10002-60C | Junos OS 18.2R1 |
| PTX10008 | Junos OS 18.2R1 |
| PTX10016 | Junos OS 18.2R1 |
| QFX3500 | Junos OS 12.3X50-D10 |
| QFX3600 | Junos OS 12.3X50-D10 |
| QFX5100 | Junos OS 13.2X51-D15 |
| QFX5110 | Junos OS 15.1X53-D210 |
| QFX5120-48Y | Junos OS 18.3R1 |
| QFX5200 | Junos OS 15.1X53-D30 |
| QFX5210-64C | Junos OS 18.1R1 |
| QFX10002 | Junos OS 15.1X53-D10 |
| QFX10008 | Junos OS 18.2R1 |
| QFX10016 | Junos OS 18.2R1 |
| QFX10002-60C | Junos OS 18.1R1 |
| SRX300 | Junos OS 15.1X49-D100 |
| SRX320 | Junos OS 15.1X49-D100 |
| SRX340 | Junos OS 15.1X49-D100 |
| SRX345 | Junos OS 15.1X49-D100 |
| SRX550 HM | Junos OS 15.1X49-D100 |
| SRX1500 | Junos OS 15.1X49-D100 |