# Exhibit F



August 15, 2019

Jayshree V. Ullal
President and CEO
Arista Networks
5453 Great America Parkway
Santa Clara, CA 95045

Mark Taxay
General Counsel
Arista Networks
5453 Great America Parkway
Santa Clara, CA 95045

Re: Swarm Technology Licensing Opportunity

**FRE 408**

Dear Ms Ullal and Mr Taxay:

    The purpose of this letter is to follow up on the letter of July 5, 2019 in which I offered a licensing opportunity under technology developed and patented by Swarm Technology. Swarm continues to believe that Arista Networks is a particularly attractive candidate for this opportunity as Swarm's technology closely relates to your EOS Zero-Touch Provisioning (ZTP).

    As the previous letter noted, Swarm is seeking to license its patents to a number of hardware and software vendor on a non-exclusive basis. The most favorable licensing terms (e.g., royalties) will be available to the first licensee (or licensees). Mr. Alfonso Iñiguez (Swarm Technology CEO) and I would welcome an opportunity to discuss this licensing opportunity with you. Please contact me to let me know when you will meet with us.

Sincerely yours,

*John A. Fisher*

John A. Fisher
IP licensing Consultant

Cc: Alfonso Iñiguez

(480) 319-2233     phxfish@gmail.com     8300 S. Homestead Lane, Tempe, AZ 85284