# EXHIBIT 3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

JUNIPER NETWORKS, INC.,

Petitioner,

v.

SWARM TECHNOLOGY LLC,

Patent Owner.

_____

Case IPR2021-01317

U.S. Patent No. 9,146,777

_____

**PETITIONER'S UPDATED MANDATORY NOTICES
UNDER 37 C.F.R. § 42.8(a)(3)**

Case IPR2021-01317
Patent No. 9,146,777

Pursuant to 37 C.F.R. § 42.8(a)(3), Petitioner Juniper Networks, Inc. submits the following updated mandatory notices to the real parties-in-interest to remove Amazon.com, Inc.[1]

## MANDATORY NOTICES

- **§ 42.8(b)(1):** Juniper Networks, Inc. is the real party-in-interest.

- **§ 42.8(b)(2):** The '777 Patent is at issue in the following cases that may affect, or be affected by, a decision in this proceeding: *Juniper Networks, Inc. v. Swarm Technology LLC*, No. 3:20-cv-03137-JD (N.D. Cal.).

- **§§ 42.8(b)(3), (4):** A Power of Attorney accompanies this Petition. Juniper consents to email service at adam.allgood.ipr@fischllp.com.

| Lead Counsel | Back-up Counsel |
|---|---|
| Adam A. Allgood (Reg. No. 67,306) *adam.allgood.ipr@fischllp.com* FISCH SIGLER LLP 5301 Wisconsin Avenue NW Fourth Floor Washington, DC 20015 Phone: 202.362.3536 | Kyle K. Tsui (Reg. No. 62,602) *kyle.tsui@fischllp.com* FISCH SIGLER LLP 5301 Wisconsin Avenue NW Fourth Floor Washington, DC 20015 Phone: 202.362.3527 |

---

[1] Listing Amazon.com, Inc. in the Petition (page ix) was due to a clerical error.

Case IPR2021-01317
Patent No. 9,146,777

## CERTIFICATE OF SERVICE

The undersigned certifies service pursuant to 37 C.F.R. § 42.6(e) on Patent Owner by Federal Express of a copy of Petitioner's Updated Mandatory Notices Under 37 C.F.R. § 42.8(a)(3):

Jennings, Strouss and Salmon, PLC
One East Washington Street, Suite 1900
Phoenix AZ 85004-2554

An electronic courtesy copy is also being served to litigation counsel at:

Allan Steyer
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
asteyer@steyerlaw.com


Dated: July 29, 2021                    Respectfully submitted,

                                         /Adam A. Allgood/
                                        Adam A. Allgood (Reg. No. 67,306)
                                        FISCH SIGLER LLP
                                        5301 Wisconsin Avenue NW
                                        Fourth Floor
                                        Washington, DC 20015
                                        Phone: 202.362.3536
                                        Email: adam.allgood.ipr@fischllp.com