# EXHIBIT 1

**UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE PATENT TRIAL AND APPEAL BOARD**

JUNIPER NETWORKS, INC.,
Petitioner,

v.

SWARM TECHNOLOGY LLC,
Patent Owner.

Case IPR2021-01317
Patent 9,146,777

**PATENT OWNER'S MANDATORY NOTICES
UNDER 37 CFR 42.8**

(878225)

IPR2021-01317                                              *Patent Owner's Mandatory Notices*

## **TABLE OF EXHIBITS**

A.     Certificate of Service of Petition for Inter Partes Review of U.S. Patent No. 9,146,777 filed July 26, 2021

B.     Certificate of Service of Corrected Petition for Inter Partes Review of U.S. Patent No. 9,146,777 dated July 28, 2021

C.     Certificate of Service of Petitioner's Updated Mandatory Notices Under 37 C.F.R. § 42.8(a)(3) filed July 29, 2021

D.     Patent Owner Swarm Technology LLC's Power of Attorney (adding Beus Gilbert McGroder PLLC but NOT revoking or substituting Jennings Strouss & Salmon PLC)

# PATENT OWNER'S MANDATORY NOTICES
# PURSUANT TO 37 CFR 42.8

Patent Owner Swarm Technology LLC ("Patent Owner") hereby files its Mandatory Notices in accordance with 37 C.F.R. § 42.8 in IPR2021-01317 requesting *inter partes* review of Claims 1-14 of U.S. Pat. No. 9,146,777 ("the '777 Patent").

Juniper and Amazon's original Petition was filed with the PTAB on July 26, 2021, and served upon Patent Owner on or about July 28, 2021 (see Exhibit A). The original Petition includes Mandatory Notices identifying both Amazon, Inc. ("Amazon") and Juniper Networks, Inc. ("Juniper") as Real Parties in Interest (RPI). Also on July 28, Petitioner apparently sent Patent Owner (via Federal Express) a second document bearing the caption "Corrected Petition for *Inter Partes* Review of U.S. Patent No. 9,146,777" ("Corrected Petition"). That second document identifies Juniper as the sole RPI, and fails to even mention Amazon or any other RPI. Patent Owner was served with the Corrected Petition on or about July 30 (see Exhibit B); however, the Corrected Petition does not appear to have been filed with or otherwise submitted to the PTAB.

Curiously, on July 29 Juniper filed a document captioned "Petitioner's Updated Mandatory Notices Under 37 C.F.R. § 42.8(a)(3)" with the PTAB,

(878778)

which was received by Patent Owner via Federal Express on or about August 2, 2021 (see Exhibit C).  Regardless of Juniper's intent, only one Petition has ever been filed with the PTAB – the original (July 26) version of the Petition naming Juniper and Amazon as RPIs.

The PTAB should reject Juniper's attempt to change the information contained in the original Petition by serving Patent Owner with the Corrected Petition but not filing it with the PTAB.  If Juniper wants to file a corrected petition they should do so – but they have not.  Rather, Juniper simply changed the RPI designations in their original Petition in the mailed (but not served) corrected Petition and in "Petitioner's Updated Mandatory Notices … (a)(3)."  As a result, although Patent Owner is informed that Juniper desires to update their Petition, the only Petition of record in the PTAB identifies both Juniper and Amazon as RPIs. Unless and until a corrected Petition is filed, Patent Owner respectfully submits that the 21-day window set forth in 37 CFR 42.8(a)(3) remains open. Patent Owner therefore submits that its Mandatory Notices are hereby timely filed under 37 CFR 42.8(a) which requires Patent Owner to file its Mandatory Notices within 21 days of service of the petition, *or* within 21 days of a change to the information stated in an earlier paper.

**37 CFR 42.8(b)(1) - Real Party in Interest**

Swarm Technology LLC is the owner of the entire interest in the '777 Patent, and the real party in interest.

### **37 CFR 42.8(b)(2) - Related Judicial Matters**

The '777 Patent is at issue in the following district court actions that may affect, or be affected by, a decision in this IPR proceeding:

1) *Juniper Networks, Inc. and Apstra, Inc. v. Swarm Technology LLC*, No. 3:20-cv-03137-JD (N.D. Cal.) filed May 7, 2020

2) *Swarm Technology, LLC v Amazon.com, Inc., and Amazon Web Services, Inc*. 2:21-cv-00438-DJH (District of Arizona) filed March 15, 2021

### **37 CFR 42.8(b)(2) - Related Administrative Matters**

The following patents claim or may claim the benefit of the priority filing date of the '777 Patent, namely, January 25, 2013:

1) U.S. Patent No. 9,852,004 issued December 26, 2017 and entitled "System and Method for Parallel Processing Using Dynamically Configurable Proactive Co-Processing Cells" (the '004 Patent); and

2) U.S. Patent No. 10,592,275 issued March 17, 2020 and entitled "System and Method for Swarm Collaborative Intelligence Using Dynamically Configurable Proactive Autonomous Agents" (the '275 Patent).

The following patent applications claim or may claim the benefit of the priority filing date of the '777 Patent, namely, January 25, 2013:

1) U.S. Patent Application No. 15/852,480 filed December 22, 2017 and entitled "System and Method for Parallel Processing Using Dynamically Configurable Proactive Co-Processing Cells"; and

2) U.S. Patent Application No. 16/788,122 filed February 11, 2020 and entitled "System and Method for Swarm Collaborative Intelligence Using Dynamically Configurable Proactive Autonomous Agents."

**37 CFR 42.8(b)(3), (4) - Lead Counsel and Service Information**

Daniel R. Pote (Reg. No. 43,011)
dpote@jsslaw.com
Jennings Strouss & Salmon PLC
One East Washington Street
Suite 1900
Phoenix, Arizona 85004
Phone: 602.262.5832

Jennings Strouss and Salmon PLC is currently the correspondence address of record for Patent Owner and, thus, no Power of Attorney is required for Lead counsel.

**37 CFR 42.8(b)(3), (4) - Back-up Counsel and Service Information**

Michael K. Kelly (Reg. No. 32,848)
mkelly@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street

(878778)

IPR2021-01317 *Patent Owner's Mandatory Notices*

    Phoenix, Arizona 85008
    Phone: 480.329.3015
    Mobile: 480.652.0083

    A Power of Attorney executed by Swarm Technology, LLC in favor of Back-up Counsel Beus Gilbert McGroder accompanies this Notice. (Exhibit D).

                                      Respectfully submitted,

Dated: August 24, 2021             By: /*Daniel R. Pote*/
                                           Daniel R. Pote
                                           Reg. No. 43,011
                                           Jennings Strouss & Salmon PLC
                                           One East Washington Street
                                           Suite 1900
                                           Phoenix, Arizona 85004
                                           Phone: 602.262.5832
                                           Email: dpote@jsslaw.com

                                           *Counsel of Record for Patent Owner*

(878778)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies service pursuant 37 CFR 42.6(e) by Federal Express of a copy of Patent Owner's Mandatory Notices on Petitioner at:

> Adam A. Allgood
> Kyle K. Tsui
> FISCH SIGLER LLP
> 5301 Wisconsin Avenue NW
> Fourth Floor
> Washington, DC 20015
> adam.allgood.ipr@fischllp.com
> kyle.tsui@fischllp.com

Dated: August 24, 2021

By: /Daniel R. Pote/

Daniel R. Pote
Reg. No. 43,011
Jennings Strouss & Salmon PLC
One East Washington Street
Suite 1900
Phoenix, Arizona 85004
Phone: 602.262.5832
Email: dpote@jsslaw.com

*Counsel of Record for Patent Owner*

# EXHIBIT A

# CERTIFICATE OF SERVICE

The undersigned certifies service pursuant to 37 C.F.R. §§42.6(e) and 42.105(b) on the Patent Owner by Federal Express of a copy of this Petition for Inter Partes Review and supporting materials to the correspondence address of record for U.S. Patent No. 9,146,777:

> Jennings, Strouss and Salmon, PLC
> One East Washington Street, Suite 1900
> Phoenix AZ 85004-2554

An electronic courtesy copy is also being served to litigation counsel at:

> Allan Steyer
> Steyer Lowenthal Boodrookas Alvarez & Smith LLP
> 235 Pine Street, 15th Floor
> San Francisco, California 94104
> asteyer@steyerlaw.com

Dated: July 26, 2021                          Respectfully submitted,

                                              /Adam A. Allgood/
                                              Adam A. Allgood (Reg. No. 67,306)
                                              FISCH SIGLER LLP
                                              5301 Wisconsin Avenue NW
                                              Fourth Floor
                                              Washington, DC 20015
                                              Phone: 202.362.3536
                                              Email: adam.allgood.ipr@fischllp.com

# EXHIBIT B

# CERTIFICATE OF SERVICE

The undersigned certifies service pursuant to 37 C.F.R. §§42.6(e) and 42.105(b) on the Patent Owner by Federal Express of a copy of this Corrected Petition for Inter Partes Review to the correspondence address of record for U.S. Patent No. 9,146,777:

>Jennings, Strouss and Salmon, PLC
>One East Washington Street, Suite 1900
>Phoenix AZ 85004-2554

An electronic courtesy copy is also being served to litigation counsel at:

>Allan Steyer
>Steyer Lowenthal Boodrookas Alvarez & Smith LLP
>235 Pine Street, 15th Floor
>San Francisco, California 94104
>asteyer@steyerlaw.com

Dated: July 28, 2021                Respectfully submitted,

                                     /Adam A. Allgood/
                                    Adam A. Allgood (Reg. No. 67,306)
                                    FISCH SIGLER LLP
                                    5301 Wisconsin Avenue NW
                                    Fourth Floor
                                    Washington, DC 20015
                                    Phone: 202.362.3536
                                    Email: adam.allgood.ipr@fischllp.com

# EXHIBIT C

Case IPR2021-01317<br>
Patent No. 9,146,777

# CERTIFICATE OF SERVICE

The undersigned certifies service pursuant to 37 C.F.R. § 42.6(e) on Patent Owner by Federal Express of a copy of Petitioner's Updated Mandatory Notices Under 37 C.F.R. § 42.8(a)(3):

Jennings, Strouss and Salmon, PLC<br>
One East Washington Street, Suite 1900<br>
Phoenix AZ 85004-2554

An electronic courtesy copy is also being served to litigation counsel at:

Allan Steyer<br>
Steyer Lowenthal Boodrookas Alvarez & Smith LLP<br>
235 Pine Street, 15th Floor<br>
San Francisco, California 94104<br>
asteyer@steyerlaw.com

Dated: July 29, 2021

Respectfully submitted,

　　/Adam A. Allgood/
Adam A. Allgood (Reg. No. 67,306)
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Phone: 202.362.3536
Email: adam.allgood.ipr@fischllp.com

# EXHIBIT D

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

JUNIPER NETWORKS, INC.,
Petitioner

v.

SWARM TECHNOLOGY LLC,
Patent Owner

Case IPR2021-01317
U.S. Patent No. 9,146,777

POWER OF ATTORNEY FOR PATENT OWNER

Mail Stop: Patent Board
Patent Trial and Appeal Board
U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

    As indicated herein, Patent Owner respectfully submits the included Power of Attorney.

## POWER OF ATTORNEY – PATENT OWNER, SWARM TECHNOLOGY LLC

Patent Owner, Swarm Technology, LLC hereby appoints the following practitioner from Beus Gilbert McGroder PLLC, as its Back Up Counsel to transact all business in the United States Patent and Trademark Office associated with the inter partes review of U.S. Patent No. 9,146,777 (IPR2021- 01317), with Lead Counsel to remain, not revoking or substituting counsel from Jennings Strouss & Salmon PLC

Lead Counsel:
Daniel R. Pote
Reg. No. 43,011
dpote@jsslaw.com
Jennings Strouss & Salmon PLC
One East Washington Street
Suite 1900
Phoenix, Arizona 85004
Phone: 602.262.5832

Back Up Counsel:
Michael K. Kelly
Reg. No. 32,848
mkelly@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008
Phone: 480.329.3015
Mobile: 480.652.0083

By: _____
Name: Alfonso Iniguez
Title: Owner, Swarm Technology, LLC
Date: August, 24, 2021