Leo R. Beus *(pro hac vice)*
Michael K. Kelly *(pro hac vice)*
BEUS GILBERT MCGRODER PLLC
Attorneys at Law
701 North 44th Street
Phoenix, Arizona  85008-6504
Telephone:  (480) 429-3000
Facsimile:   (480) 429-3001
Email:  lbeus@beusgilbert.com
           mkelly@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Jill K. Cohoe (State Bar No. 296844)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:         asteyer@steyerlaw.com
                  smacrae@steyerlaw.com
                  jcohoe@steyerlaw.com

*Attorneys for Defendant
Swarm Technology LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC.,<br><br>         Plaintiffs,<br><br>   v.<br><br>SWARM TECHNOLOGY LLC,<br><br>         Defendant. | Case No. 5:20-cv-03137-JD<br><br>**SWARM TECHNOLOGY LLC'S NOTICE OF ERRATA**<br><br>(Honorable James Donato) |

Defendant Swarm Technology LLC ("Swarm"), by and through undersigned counsel, hereby files this Notice of Errata addressing an immaterial informality in its Notice of Related Administrative Proceeding filed with this Court on August 24, 2021.

1

Swarm's August 24, 2021, Notice to this Court included the following four (4) Exhibits:

    i)    Juniper Networks, Inc.'s ("Juniper") original Petition dated July 26, 2021, before the U.S. Patent Trial and Appeal Board ("PTAB") (identified as "EXHIBIT 1" in Swarm's August 24, 2021 Notice to this Court);

    ii)    Juniper's "Corrected Petition" dated July 28, 2021 (identified as "EXHIBIT 2" in Swarm's August 24, 2021, Notice to this Court);

    iii)    Juniper's "Updated Mandatory Notices" before the PTAB dated July 29, 2021 (identified as "EXHIBIT 3" in Swarm's August 24, 2021, Notice to this Court); and

    iv)    Patent Owner's Mandatory Notices before the PTAB Dated August 24, 2021 (inadvertently identified as "EHIBIT 1" when it should have been identified as "EXHIBIT 4" in Swarm's August 24, 2021, Notice to this Court).

Due to a medical emergency, Patent Owner's Mandatory Notices were filed in the PTAB on August 25, 2021, rather than August 24, 2021.

**Corrections to Notice:**

Please replace Patent Owner's Mandatory Notices dated August 24, 2021, with the attached Patent Owner's Mandatory Notices dated August 25, 2021 (identified as "EXHIBIT 4" to this Notice of Errata.

Dated:  August 25, 2021        Respectfully submitted,

                                    By   /Michael K. Kelly/

                                  **BEUS GILBERT McGRODER PLLC**
                                  Leo R. Beus
                                  Michael K. Kelly

SWARM TECHNOLOGY LLC'S NOTICE OF ERRATA
CASE NO. 5:20-CV-03137-JD

| | |
|---|---|
| 1 | |
| 2 | **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP** |
| 3 | Allan Steyer |
| 4 | Donald Scott Macrae |
|   | Jill K. Cohoe |
| 5 | *Attorneys for Defendant Swarm Technology LLC* |

3

SWARM TECHNOLOGY LLC'S NOTICE OF ERRATA
CASE NO. 5:20-CV-03137-JD