Alan M. Fisch (*pro hac vice*)
alan.fisch@fischllp.com
R. William Sigler (*pro hac vice*)
bill.sigler@fischllp.com
Adam A. Allgood (SBN: 295016)
adam.allgood@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

Counsel for Plaintiffs
Juniper Networks, Inc. and
Apstra Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUNIPER NETWORKS INC., and APSTRA INC., <br><br>Plaintiffs, <br><br>v. <br><br>SWARM TECHNOLOGY LLC, <br><br>Defendant. | Case No. 3:20-cv-3137-JD <br><br>**NOTICE OF RELATED ADMINISTRATIVE PROCEEDING** |

Juniper hereby respectfully provides notice of the filing of an administrative proceeding related to this case: *Inter Partes* Review No. IPR2021-01445, which seeks review of one of the patents-in-suit here, U.S. Patent No. 9,852,004. Juniper previously filed an IPR on U.S. Patent No. 9,146,777,[1] and expects to file an IPR on the third and final patent-in-suit, U.S. Patent No. 10,592,275, shortly. Juniper will update the Court when that filing occurs, and when the Patent Board issues institution decisions on the three IPRs.

Dated: August 26, 2021

By: */s/ R. William Sigler*
Alan M. Fisch (*pro hac vice*)
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Adam A. Allgood (SBN: 295016)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

---

[1] *See* Dkt. No. 49, Swarm's Notice of Related Administrative Proceeding. Swarm's notice asserts that "Amazon may be estopped from raising in this Court" certain invalidity defenses depending on the outcome of Juniper's IPR against the '777 patent. This is incorrect. Amazon isn't a party in this case, and Swarm hasn't asserted the '777 patent against Amazon in this Court or in Swarm's pending case against Amazon in Arizona. And, as Juniper has affirmed to Swarm and the Patent Board, Amazon isn't a real party in interest in Juniper's IPR against the '777 patent, as the initial petition in that proceeding incorrectly identified Amazon due to a clerical error. *See* Dkt. No. 49-3, Petitioner's Updated Mandatory Notices.

NOTICE OF RELATED
ADMINISTRATIVE PROCEEDING          CASE NO. 3:20-cv-3137-JD

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2021, I caused the foregoing document to be served via the Court's CM/ECF system on all counsel of record per Local Rule CV-5(5).

*/s/ R. William Sigler*
R. William Sigler
