Alan M. Fisch (*pro hac vice*)
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Adam A. Allgood (SBN: 295016)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

Counsel for Plaintiffs
Juniper Networks, Inc. and
Apstra Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS INC., and APSTRA INC., | Case No. 3:20-cv-3137-JD |
| Plaintiffs, | **NOTICE OF ORDER IN OTHER PROCEEDING INVOLVING SWARM'S PATENTS** |
| v. | |
| SWARM TECHNOLOGY LLC, | |
| Defendant. | |

1

2

3

4

5

6

7

8

9

Plaintiffs Juniper and Apstra hereby respectfully provide notice of a September 20, 2021 Order issued by the United States District Court for the District of Arizona in *Swarm Technology LLC v. Amazon.com, Inc.*, Case No. 2:21-cv-00438. That Order dismissed Swarm's complaint and found that two of the three Swarm patents at issue in this case—U.S. Patent Nos. 9,852,004 and 10,592,275—are ineligible under 35 U.S.C. § 101. The third Swarm patent at issue here, U.S. Patent No. 9,146,777, is related to the '004 and '275 patents, but wasn't asserted by Swarm in the *Amazon* case. The District of Arizona's Order permits Swarm to move for leave to file an amended complaint within 30 days. Swarm has indicated that it intends to file such a motion for leave.[1] A copy of the District of Arizona's Order is attached as Exhibit A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: September 23, 2021

By: */s/ R. William Sigler*
Alan M. Fisch (*pro hac vice*)
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Adam A. Allgood (SBN: 295016)
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

---

[1] https://www.law360.com/ip/articles/1423845/amazon-beats-inventor-s-internet-of-things-patent-suit.

NOTICE OF ORDER IN OTHER PROCEEDING
INVOLVING SWARM'S PATENTS

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on September 23, 2021, I caused the foregoing document to be

3

served via the Court's CM/ECF system on all counsel of record per Local Rule CV-5(5).

4

*/s/ R. William Sigler*

5

R. William Sigler

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28