**BEUS GILBERT MCGRODER** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Daniel J. Anderson / 030338 / danderson@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Suneel Jain (State Bar No. 314558)
STEYER LOWENTHAL BOODDROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California  94104
Telephone:    (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:       asteyer@steyerlaw.com
              sjain@steyerlaw.com

*Attorneys for Defendant Swarm Technology LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWARM TECHNOLOGY LLC, <br><br> Defendant. | Case No.: 3:20-CV-03137-JD <br><br> **NOTICE OF RELATED ADMINISTRATIVE PROCEEDING** |

By and through this Notice, Defendant Swarm Technology LLC ("Swarm") hereby advises and informs the Court of an administrative matter related to this case, namely *Inter Partes* Review No. IPR2021-01445 ("IPR").  The Petition ("Petition") seeking the IPR  was

(933857)

filed by Juniper Networks, Inc. ("Juniper") against Swarm with the Patent Trial and Appeal Board ("PTAB") at the U.S. Patent & Trademark Office ("USPTO") on 26 August 2021. On 9 December 2021 Swarm filed its Patent Owner's Preliminary Response in the PTAB in connection with the IPR. A copy of the Patent Owner's Preliminary Response is attached for the Court's convenience as Exhibit 1 hereto.

DATED this 17th day of December 2021.

**STEYER LOWENTHAL BOODDROOKAS ALVAREZ & SMITH LLP**

By   */s/ Allan Steyer*
    235 Pine Street, 15th Floor
    San Francisco, California 94104

**BEUS GILBERT McGRODER PLLC**
Leo R. Beus
Michael K. Kelly
Christine N. Jones
Daniel J. Anderson
701 North 44th Street
Phoenix, AZ 85008-6504
(480) 429-3015
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on 17 December 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

**STEYER LOWENTHAL BOODDROOKAS ALVAREZ & SMITH LLP**

By   */s/ Allan Steyer*
    235 Pine Street, 15th Floor
    San Francisco, California 94104