# Exhibit I



July 5, 2019

Keerti Melkote                               Willie Hernandez
President                                    General Counsel
Aruba Networks                               Aruba Networks
3333 Scott Blvd                              3333 Scott Blvd
Santa Clara, CA 95045                        Santa Clara, CA 95045

Re:  Swarm Technology Licensing Opportunity

Dear Sirs:

    Swarm Technology LLC is the owner of two US Patents (US 9,852,004 and US 9,146,777) as well as other pending applications which may be relevant to Aruba's Zero-Touch Provisioning (ZTP). The purpose of this letter is to highlight a licensing opportunity relating to ZTP; this letter is not and should not be construed as an accusation of infringement.

    I have enclosed a copy of the '004 patent (SYSTEM AND METHOD FOR PARALLEL PROCESSING USING DYNAMICALLY CONFIGURING PROACTIVE CO-PROCESSING CELLS) as well as a claim chart which demonstrates the correlation between claim 1 of the '004 patent and your ZTP. The claim chart is based on your "Aruba Networks Zero-Touch Provisioning" and "Aruba SD-Branch Overview".

    Swarm is now seeking to license its patents to a number of hardware and software providers, and accordingly, would welcome an opportunity to meet with you to discuss terms of a non-exclusive license. Swarm intends to be fair to all licensees, but more favorable terms will be available to the first licensee.

    Swarm would welcome the opportunity to discuss this licensing opportunity with you. Please contact me to let us know when you will meet with Mr. Alfonso Iñiguez and me.


Sincerely yours,


John A. Fisher
IP licensing Consultant

Cc: Alfonso Iñiguez

**EXHIBIT**
Iniguez 25   5/14/21   DJ
exhibitsticker.com

(480) 319-2233          phxfish@gmail.com          8300 S. Homestead Lane, Tempe, AZ 85284



**Deanna Kwong**
Senior IP Litigation Counsel
Office of Legal and Administrative Affairs

deanna.l.kwong@hpe.com
650-258-3307 Office

September 5, 2019

**VIA EMAIL (phxfish@gmail.com)**

John Fisher
IP Licensing Consultant
8300 S. Homestead Lane
Tempe AZ 85284
phxfish@gmail.com

RE: *Swarm Technology, U.S. Patent Nos. 9,852,004 & 9,146,777*

Dear John,

I write in response to your correspondence regarding Swarm Technology, specifically your letters dated July 5, 2019 and August 15, 2019.

Please direct all future communications about the above-referenced matter to my attention. Please also reach out to let me know if you would like to set up a time to discuss why HPE is not interested in and does not need a license to U.S. Patent Nos. 9,852,004 & 9,146,777.

Sincerely,

Deanna Kwong
Senior IP Litigation Counsel

6280 America Center Drive
San Jose CA 95002
USA

hpe.com

**EXHIBIT**

Iniguez 26   5/14/21   DJ

Highly Confidential - Attorneys' Eyes Only            SW-JU-JV-0001274

| | |
|---|---|
| **From:** | "Kwong, Deanna L" <deanna.l.kwong@hpe.com> |
| **To:** | John Fisher <phxfish@gmail.com> |
| **Cc:** | Alfonso Íñiguez <alfonso@swarmtechnology.us>, "Udupa, Vaishali" <vaishali.udupa@hpe.com> |
| **Subject:** | RE: Swarm Technology, U.S. Patent Nos. 9,852,004 & 9,146,777 |
| **Sent:** | Tue, 10 Sep 2019 17:06:54 +0000 |

Are you available for a call tomorrow, Wednesday, 9/11, at 11 am PT?

**From:** John Fisher [mailto:phxfish@gmail.com]
**Sent:** Friday, September 6, 2019 9:56 AM
**To:** Kwong, Deanna L <deanna.l.kwong@hpe.com>
**Cc:** Alfonso Íñiguez <alfonso@swarmtechnology.us>
**Subject:** Re: Swarm Technology, U.S. Patent Nos. 9,852,004 & 9,146,777

Dear Deanna,

Thank you for your email letter of December 5.

Mr. Iniguez and I would welcome an opportunity to discuss the Swarm patents and Aruba ZTP products with you. The two of us can be available for a telephone conversation almost any afternoon next week (Week of September 9). If next week works with your schedule, please let me know a couple of alternate days and times that would work for you and I will try to coordinate a convenient time with Mr. Iniguez. To make the conversation more productive it would be helpful if you could indicate in advance the reasons you believe the claim chart provided by Swarm is not applicable and hence why HPE is not interested in a patent license.

John

On Thu, Sep 5, 2019 at 3:12 PM Kwong, Deanna L <deanna.l.kwong@hpe.com> wrote:
 Please see attached.

**Deanna L. Kwong | Senior IP Litigation Counsel**
Hewlett Packard Enterprise | 6280 America Center Drive | San Jose CA 95002

**Hewlett Packard Enterprise**

EXHIBIT
Iniguez 27   5/14/21   DJ

Highly Confidential - Attorneys' Eyes Only

SW-JU-JV-0000168