# Exhibit J



**Michael K. Kelly**
Chair, Intellectual Property Department

**P 602.262.5824 | F 602.495.2630**
*mkelly@jsslaw.com*

**Jennings, Strouss & Salmon, P.L.C.**
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554

*jsslaw.com*

July 16, 2018

VIA UNITED STATES MAIL

Katherine Adams
Senior Vice President and General Counsel
Apple
1 Infinite Loop.
Cupertino, CA 95014

Dear Katherine Adams:

The purpose of this letter is to highlight a licensing opportunity relating to IoT and swarm intelligence technology developed by our client, Swarm Technology, LLC. In short, Swarm's research and development efforts in IoT devices, edge computing, intent-based autonomy, plug-and-play robotics, and swarm processing systems (featured at www.swarmtechnology.us) have yielded a significant and growing global patent portfolio, which Swarm is currently seeking to license. We believe Apple's position in the technology sector makes you an attractive candidate for exploiting this opportunity. Swarm's current patent assets include, for example:

1) U.S. Pat. No. 9,852,004, entitled "System and Method for Parallel Processing using Dynamically Configurable Proactive Co-Processing Cells," issued December 26, 2017 to Swarm;

2) U.S. Patent No. 9,146,777, entitled "Parallel Processing With Solidarity Cells by Proactively Retrieving From a Task Pool a Matching Task for the Solidarity Cell to Process," issued September 29, 2015 to Swarm;

3) Pending U.S. Pat. App. Serial No. 15/852,480, entitled "System and Method for Swarm Intelligence using Dynamically Configurable Proactive Autonomous Agents," filed December 22, 2017; and

4) Various pending foreign applications, including European Pat. App. No. 15825.147.0-1879, Japanese Pat. App. No. 2017-503021, Chinese Pat. App. No. 201580039190, Indian Pat. App. No. 201747006602, and Hong Kong Pat. App. No. 17106684.9.





While Swarm's processing architecture is poised for rapid adoption by the IoT industry, Swarm remains a start-up company. Consequently, Swarm seeks to partner with an established company to quickly build market share and margins for products adopting Swarm's technology.

While non-exclusive licenses are preferred, Swarm will consider exclusive licensing arrangements within discrete product or industry segments. In an effort to jump start its licensing program, Swarm is willing to provide highly favorable terms to the first licensee.

We would welcome the opportunity to discuss exclusive or non-exclusive patent licensing arrangements with you.

Very truly yours,

JENNINGS, STROUSS & SALMON, P.L.C.

By

Michael K. Kelly

MKK/mdn
Enclosures

cc: Alfonso Iniguez

6192631v1(64636.14)



September 27, 18

Via US Mail, International Mail or Email

Michael K. Kelly
Jennings, Strouss & Salmon PLC
One east Washington Street, Suite 1900
Phoenix, AZ 85004

Re: Your Correspondence to Apple

Dear Mr. Kelly,

We have received your recent correspondence and sincerely appreciate your support of Apple and interest in our products. Apple respects the valid intellectual property rights of others.

We would like to thank you for the offer to sell or license your patent(s) to Apple as a business opportunity. Apple is not interested in purchasing or licensing them.

For the avoidance of doubt, we do not interpret your letter to mean that any current Apple product requires a license. If we have misunderstood your letter, please provide additional details.

Thank you for your interest in Apple. We wish you the best of luck.

Sincerely,

Denise Kerstein
IP Transactions
Apple Inc.

EXHIBIT
Iniguez 9 5/14/21 DJ
exhibitsticker.com

Apple Inc.
1 Infinite Loop, MS 169-3IPL
Cupertino, CA 95014-2084



December 5, 2014

Via U.S. Mail

Michael Kelly
Ingrassia Fisher & Lorenz, P.C.
7010 Cochise Rd.
Scottsdale, AZ 85253

Dear Michael,

I've been asked to respond to your letter to Apple. Thank you for your note. Apple respects valid intellectual property rights of others. Apple's breakthrough, innovative products are developed through the remarkable efforts and achievements of Apple engineers. We have adopted this policy due in part to the large volume of mail received and also to avoid potential misunderstandings or disputes when Apple's products or marketing strategies might seem similar to ideas submitted to Apple. The policy can be viewed at http://www.apple.com/legal/intellectual-property/policies/ideas.html. Therefore, if you are asking Apple to consider your client's ideas or to collaborate in some other way, we cannot do so. For avoidance of doubt, we do not interpret your letter to state that any current Apple product requires a license. If we have misconstrued your letter, please contact us with greater specificity.

There are some ways your client might be able to work with Apple: If your client would like to build products that would interoperate with our iPod touch, iPhone, or iPad, we have a licensing program called the Made for iPod Program (of which the Works with iPhone program is a part). Licensees under this program, get access to some of our technology and interfaces that will enable the licensees to build products that interoperate with third party products. Your client can email the Made for iPod Program office at madeforipod@apple.com for more info. Your client can also check out our Apple Developer Connection web page located at http://developer.apple.com/. We offer an SDK that enables developers to write applications that will run on the iPhone, iPod touch, and iPad. See http://developer.apple.com/iphone/program/ for more info.

Thank you for your interest in Apple. We wish your client the best of luck!
Regards,

Jeff Lasker
Apple Inc.

Apple

EXHIBIT
Iniguez 10 5/14/21 DJ
exhibitsticker.com