# Exhibit K

**From:** John Fisher <phxfish@gmail.com>
**Sent:** Sun, 26 Jan 2020 20:50:29 -0700
**Subject:** Re: Swarm Technology/RPX
**To:** Ryan Hanneken <rhanneken@rpxcorp.com>
**Bcc:** alfonso@swarmtechnology.us
Question 3..pdf

Ryan,
I can be available to discuss question 3 either Monday or Tuesday afternoon. Let me know a time that is convenient for you. If neither Monday nor Tuesday is convenient, we may be able to work something out later in the week. I have attached a note that gives you an idea of Swarm thinking on the question. I look forward to talking to you.
John

On Sat, Jan 25, 2020 at 9:10 AM Ryan Hanneken <rhanneken@rpxcorp.com> wrote:

> John,
>
> Thank you for this information. It is very helpful. Let me know if you have some time early next week and we can discuss question 3.
> Thanks,
> Ryan

---

**From:** John Fisher <phxfish@gmail.com>
**Sent:** Friday, January 24, 2020 3:56:35 PM
**To:** Ryan Hanneken <rhanneken@rpxcorp.com>
**Subject:** Swarm Technology/RPX

Ryan,
I am sending this to answer some of the items you requested. The "ballpark price guidance" will follow. Let me know if you need more than this.

1. Swarm Technology LLC is the owner of two US patents:

US 9,146,777 Parallel Processing with Solidarity Cells by Proactively Retrieving from a Task Pool a Matching Task for the Solidarity Cell to Process and

US 9,852.004 System and Method for Parallel Processing Using Dynamically Configurable Proactive Co-Processing Cells.

Swarm also has applications pending in the US and a number of foreign jurisdictions.

2. There are no encumbrances to Swarm's intellectual property rights.

4. I have attached claim charts that illustrate the application of claim 1 of both US 9,146,777 and US 9,852.004 to products of Cisco Systems. I have chosen Cisco because Cisco product is representative of intent-based networking that is practiced by Cisco and a number of other companies. Swarm's analysis of Cisco product is based on Cisco's own characterization of its product; all of the references relied upon (except for one standards document) are Cisco references. I have also attached a list of the references used in the claim charts with on-line links to them.

**EXHIBIT**
Iniguez 29   5/14/21   DJ

Highly Confidential - Attorneys' Eyes Only

SW-JU-JV-0000315

If you need more, I can also provide claim charts that illustrate the application of claim 1 of US 9,146,777 and claim 3 of US 9,852.004 to products of Microsoft Azure. Microsoft Azure product is representative of products that address the IoT cloud platform as practiced by a number of companies. Again, Swarm's analysis is based on Microsoft's own characterization of its product and the references relied upon are Microsoft references.

Intent-based networking and IoT cloud platform products together represent a huge and rapidly growing market.

Swarm has also provided claim charts to three other companies illustrating the application of US 9,852,004 to products of those companies.

Swarm considers the information in section 4 above to be Swarm confidential information.

As I said, I will follow up with a response to your issue 3. Other than that, let me know if I can be of further help in your evaluation.

Regards,

John

Highly Confidential - Attorneys' Eyes Only
SW-JU-JV-0000316

Question 3

## Financial Consideration



Highly Confidential - Attorneys' Eyes Only                                    SW-JU-JV-0000317

**From:** John Fisher <phxfish@gmail.com>
**Sent:** Tue, 28 Jan 2020 17:33:33 -0700
**Subject:** Swarm Technology/RPX non-disclosure agreement
**To:** Ryan Hanneken <rhanneken@rpxcorp.com>
**Bcc:** alfonso@swarmtechnology.us

Ryan,

It appears, based on our conversation this afternoon, that the discussions between Swarm Technology and RPX have concluded. Therefore, in accordance with Section 8 of the non-disclosure agreement, Swarm request that all Confidential Information provided to RPX by Swarm, and all copies thereof in the possession of RPX be returned to Swarm or destroyed. If such material is not returned to Swarm, please have an authorized representative of RPX certify that it has been destroyed.

Respectfully,
John A. Fisher

EXHIBIT

Iniguez 30   5/14/21   DJ

exhibitsticker.com

Highly Confidential - Attorneys' Eyes Only

SW-JU-JV-0000311