Leo R. Beus (*pro hac vice*)
Michael K. Kelly (*pro hac vice*)
BEUS GILBERT MCGRODER PLLC
Attorneys at Law
701 North 44th Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000 Facsimile: (480) 429-3001
Email: lbeus@beusgilbert.com mkelly@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Suneel Jain (State Bar No. 314558)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, Fifteenth Floor
San Francisco, California 94104
Telephone: (415) 421-3400
asteyer@steyerlaw.com
smacrae@steyerlaw.com
sjain@steyerlaw.com

*Attorneys for Defendant and Counterclaimant Swarm Technology LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SWARM TECHNOLOGY LLC, <br><br> Defendant. <br><br><br> SWARM TECHNOLOGY LLC., <br><br> Counterclaimant, <br><br> v. <br><br> JUNIPER NETWORKS, INC. and APSTRA, INC, <br><br> Counterdefendant. | Case No. 5:20-cv-03137-JD <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: SWARM TECHNOLOGY LLC'S ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS FOR PATENT INFRINGMENT AGAINST JUNIPER NETWORKS, INC. AND APSTRA, INC.** |

1   Pursuant to Civil L.R. 7-11 and 79-5, Defendant and Counterclaimant Swarm Technology
2   LLC ("Defendant") respectfully submits this Administrative Motion to Consider Whether Another
3   Party's Material Should Be Sealed re: Swarm Technology LLC's Answer to First Amended
4   Complaint and Counterclaims for Patent Infringement Against Juniper Networks, Inc. and Apstra,
5   Inc., which contains references to material that may be considered confidential by Juniper
6   Networks, Inc. or Apstra, Inc.

7   Civil Local Rule 79-5(f) governs the filing under seal of documents that contain material
8   that another party may consider confidential. Civil Local Rule 79-5(f)(3) provides: "Within 7 days
9   of the motion's filing, the Designating Party must file a statement and/or declaration as described
10  in subsection (c)(1). A failure to file a statement or declaration may result in the unsealing of the
11  provisionally sealed document without further notice to the Designating Party." Plaintiffs provide
12  timely notice of this motion to the designating parties and identify Exhibits D, E, F, H, and I as
13  containing potentially confidential information.

Dated:  January 4, 2022               By:   */s/ Michael K. Kelly*
                                              Michael K. Kelly

                                      BEUS GILBERT McGRODER PLLC
                                      Leo R.  Beus
                                      Michael K. Kelly

                                      STEYER LOWENTHAL BOODROOKAS
                                       ALVAREZ & SMITH LLP
                                      Allan Steyer
                                      Donald Scott Macrae
                                      Suneel Jain

                                      *Attorneys for Defendant and Counterclaimant*
                                      *Swarm Technology LLC*

**CERTIFICATE OF SERVICE**

On January 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all persons registered for ECF pursuant to 28 U.S.C. §1746 and in compliance with Local Rule 5-5(a)(2).

By: _/s/ Suneel Jain_
Suneel Jain