Alan M. Fisch (*pro hac vice*)
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

Counsel for Plaintiffs
Juniper Networks, Inc.
and Apstra, Inc.

Leo R. Beus (*pro hac vice*)
Michael K. Kelly (*pro hac vice*)
K. Reed Willis (*pro hac vice*)
BEUS GILBERT PLLC
Attorneys at Law
701 North 44th Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000
Facsimile: (480) 429-3001
Email: lbeus@beusgilbert.com
mkelly@beusgilbert.com
rwillis@beusgilbert.com

Allan Steyer (SBN: 100318)
Suneel Jain (SBN: 314558)
STEYER LOWENTHAL BOOD-
ROOKAS ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
sjain@steyerlaw.com

Counsel for Defendant
Swarm Technology LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC., | CASE NO. 3:20-cv-03137-JD |
| Plaintiffs, | **STIPULATION EXTENDING DEADLINE FOR PLAINTIFFS TO RESPOND TO SWARM'S COUNTERCLAIMS** |
| v. | |
| SWARM TECHNOLOGY LLC, | |
| Defendant. | |

1

2

3

4

5

6

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs, Juniper Networks, Inc. and Ap-stra, Inc. (collectively "Plaintiffs"), and Defendant, Swarm Technology LLC ("Swarm"), stipu-late, subject to the Court's approval, to extend the deadline for Plaintiffs to respond to Swarm's Counterclaims (Dkt. No. 64) from January 25, 2022 to February 11, 2022. Plaintiffs seek the re-quested relief due to conflicts in other matters, and to allow for the full investigation of issues relevant to Swarm's counterclaims. Swarm has agreed to the extension.

7

8

9

10

11

12

No other deadlines will be impacted by this extension of time. The parties have previ-ously stipulated to two extensions for Swarm to respond to the original complaint (Dkt. Nos. 16-17), an extension for Juniper to respond to Swarm's original motion to dismiss (Dkt. No. 21), and an extension for Plaintiffs to respond to Swarm's motion to dismiss the amended complaint, for Swarm to file its reply in support of its motion to dismiss, and the hearing on Swarm's mo-tion to dismiss (Dkt. Nos. 41-42).

13

Accordingly, the parties respectfully request that the Court enter this stipulation.

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

Dated:  January 21, 2022

By:  */s/ Ken K. Fung*
Ken K. Fung
*Counsel for Plaintiffs*
*JUNIPER NETWORKS, INC. and APSTRA, INC.*

Dated:  January 21, 2022

By: */s/ Suneel Jain*
Suneel Jain
*Counsel for Defendant*
*SWARM TECHNOLOGY LLC*

Filer's Attestation: I attest that counsel for the parties have concurred in this filing.

*/s/ Ken K. Fung*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:                                                          /s/_____