| | |
|---|---|
| Alan M. Fisch (*pro hac vice*) | Leo R. Beus (*pro hac vice*) |
| alan.fisch@fischllp.com | Michael K. Kelly (*pro hac vice*) |
| R. William Sigler (*pro hac vice*) | K. Reed Willis (*pro hac vice*) |
| bill.sigler@fischllp.com | BEUS GILBERT PLLC |
| FISCH SIGLER LLP | Attorneys at Law |
| 5301 Wisconsin Avenue NW | 701 North 44th Street |
| Fourth Floor | Phoenix, Arizona 85008-6504 |
| Washington, DC 20015 | Telephone: (480) 429-3000 |
| Tel: 202.362.3500 | Facsimile: (480) 429-3001 |
| Fax: 202.362.3501 | Email: lbeus@beusgilbert.com |
| | mkelly@beusgilbert.com |
| Ken K. Fung (SBN: 283854) | rwillis@beusgilbert.com |
| ken.fung@fischllp.com | |
| FISCH SIGLER LLP | Allan Steyer (SBN: 100318) |
| 400 Concar Drive | Suneel Jain (SBN: 314558) |
| San Mateo, CA 94402 | STEYER LOWENTHAL BOOD- |
| Tel: 650.362.8207 | ROOKAS ALVAREZ & SMITH LLP |
| Fax: 202.362.3501 | 235 Pine Street, 15th Floor |
| | San Francisco, California 94104 |
| Counsel for Plaintiffs | Telephone: (415) 421-3400 |
| Juniper Networks, Inc. | Facsimile: (415) 421-2234 |
| and Apstra, Inc. | Email: asteyer@steyerlaw.com |
| | sjain@steyerlaw.com |
| | |
| | Counsel for Defendant |
| | Swarm Technology LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SWARM TECHNOLOGY LLC, <br><br> Defendant. | CASE NO. 3:20-cv-03137-JD <br><br> **STIPULATION EXTENDING DEADLINE FOR PLAINTIFFS TO RESPOND TO SWARM'S OPPOSITION TO MOTION TO DISMISS COUNTERCLAIMS** |

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs, Juniper Networks, Inc. and Apstra, Inc. (collectively "Plaintiffs"), and Defendant, Swarm Technology LLC ("Swarm"), stipulate, subject to the Court's approval, to extend the deadline for Plaintiffs to respond to Swarm's Opposition to Plaintiff's Motion to Dismiss Counterclaims Or Stay (Dkt. No. 76) from March 4, 2022 to March 11, 2022. Plaintiffs seek the requested relief due to unexpected conflicts and commitments in other matters this week. Swarm has agreed to the extension.

No other deadlines will be impacted by this extension of time, including the April 7, 2022 scheduled hearing date on Plaintiffs' motion to dismiss. The parties have previously stipulated to two extensions for Swarm to respond to the original complaint (Dkt. Nos. 16-17), an extension for Juniper to respond to Swarm's original motion to dismiss (Dkt. No. 21), an extension for Plaintiffs to respond to Swarm's motion to dismiss the amended complaint, for Swarm to file its reply in support of its motion to dismiss, and the hearing on Swarm's motion to dismiss (Dkt. Nos. 41-42), and an extension for Plaintiffs to respond to Swarm's counterclaims (Dkt. No. 68).

Accordingly, the parties respectfully request that the Court enter this stipulation.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:  March 2, 2022 | By:  */s/ Ken K. Fung* |
| 3 | | Ken K. Fung |
| | | *Counsel for Plaintiffs* |
| 4 | | JUNIPER NETWORKS, INC. and APSTRA, INC. |

Dated:  March 2, 2022                          By:  */s/ Suneel Jain*
                                                                      Suneel Jain
                                                                      *Counsel for Defendant*
                                                                      SWARM TECHNOLOGY LLC

Filer's Attestation: I attest that counsel for the parties have concurred in this filing.

                                    */s/ Ken K. Fung*
                                      Ken K. Fung

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:                                                  /s/_____