**BEUS GILBERT McGRODER** PLLC
ATTORNEYS AT LAW
701 NORTH 44ᵀᴴ STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Daniel J. Anderson / 030338 / danderson@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Suneel Jain (State Bar No. 314558)
STEYER LOWENTHAL BOODDROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California  94104
Telephone:    (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:       asteyer@steyerlaw.com
              sjain@steyerlaw.com

*Attorneys for Defendant Swarm Technology LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWARM TECHNOLOGY LLC,<br><br>Defendant. | Case No.: 3:20-CV-03137-JD<br><br>**NOTICE OF RELATED ADMINISTRATIVE PROCEEDING** |

Defendant Swarm Technology LLC ("Swarm") hereby informs the Court of a recent development in *Inter Partes* Review No. IPR2021-01445 ("IPR") seeking review of Swarm's U.S. Patent No. 9,852,004 B2 which is involved in this case. On 2 March 2022 the U.S. Patent

(977172)

Trial and Appeal Board (PTAB) rendered its decision to institute the IPR along with a Scheduling Order. Copies of both documents are attached as Exhibits 1 and 2 hereto.

DATED this 2nd day of March 2022.

**STEYER LOWENTHAL BOODDROOKAS ALVAREZ & SMITH LLP**

By   */s/ Suneel Jain*
235 Pine Street, 15th Floor
San Francisco, California 94104

**BEUS GILBERT McGRODER PLLC**
Leo R. Beus
Michael K. Kelly
Christine N. Jones
Daniel J. Anderson
701 North 44th Street
Phoenix, AZ 85008-6504
(480) 429-3015
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on 2 March 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

**STEYER LOWENTHAL BOODDROOKAS ALVAREZ & SMITH LLP**

By   */s/ Suneel Jain*
235 Pine Street, 15th Floor
San Francisco, California 94104

2

(977172)