**BEUS GILBERT McGRODER PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Daniel J. Anderson / 030338 / danderson@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Suneel Jain (State Bar No. 314558)
STEYER LOWENTHAL BOODDROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California  94104
Telephone:     (415) 421-3400
Facsimile:     (415) 421-2234
E-mail:        asteyer@steyerlaw.com
               sjain@steyerlaw.com

*Attorneys for Defendant Swarm Technology LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWARM TECHNOLOGY LLC, <br><br> Defendant. | Case No.: 3:20-CV-03137-JD <br><br> **NOTICE OF RELATED ADMINISTRATIVE PROCEEDING** |

Defendant Swarm Technology LLC ("Swarm") hereby informs the Court of a recent development in an administrative matter related to this case, namely *Inter Partes* Review No. IPR2022-00141 ("IPR").  The Petition ("Petition") seeking the IPR was filed by Juniper

(977095)

Networks, Inc. ("Juniper") against Swarm with the Patent Trial and Appeal Board ("PTAB") at the U.S. Patent & Trademark Office ("USPTO") on 4 November 2021, seeking review of U.S. Patent No. 10, 592,275 which is at issue in this case.  On 28 February 2022 Swarm filed its Patent Owner's Preliminary Response in the PTAB in connection with the IPR.  A copy of the Patent Owner's Preliminary Response is attached for the Court's convenience as Exhibit 1 hereto.

DATED this 2nd day of March 2022.

**STEYER LOWENTHAL BOODDROOKAS ALVAREZ & SMITH LLP**

By   */s/ Suneel Jain*
235 Pine Street, 15th Floor
San Francisco, California 94104

**BEUS GILBERT McGRODER PLLC**
Leo R. Beus
Michael K. Kelly
Christine N. Jones
Daniel J. Anderson
701 North 44th Street
Phoenix, AZ 85008-6504
(480) 429-3015
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on 2 March 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

**STEYER LOWENTHAL BOODDROOKAS ALVAREZ & SMITH LLP**

By   */s/ Suneel Jain*
235 Pine Street, 15th Floor
San Francisco, California 94104