Alan M. Fisch (*pro hac vice*)
alan.fisch@fischllp.com
R. William Sigler (*pro hac vice*)
bill.sigler@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

Attorneys for Plaintiffs
Juniper Networks, Inc.
and Apstra, Inc.

Leo R. Beus (*pro hac vice*)
Michael K. Kelly (*pro hac vice*)
Daniel J. Anderson (*pro hac vice*)
BEUS GILBERT PLLC
Attorneys at Law
701 North 44th Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000
Facsimile: (480) 429-3001
Email: lbeus@beusgilbert.com
mkelly@beusgilbert.com
danderson@beusgilbert.com

Allan Steyer (SBN: 100318)
Suneel Jain (SBN: 314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
sjain@steyerlaw.com

Attorneys for Defendant
Swarm Technology LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWARM TECHNOLOGY LLC, <br><br> Defendant. | Case No. 3:20-cv-3137-JD <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE AMENDED COUNTERCLAIMS** <br><br><br> Location: Courtroom 11, 19th Floor <br> Judge: Hon. James Donato |

STIPULATION TO EXTEND DEADLINE TO FILE AMENDED COUNTERCLAIMS

CASE NO. 3:20-CV-3137-JD

Pursuant to Local Rules 6-2(a) and 7-12, Plaintiff Juniper Networks, Inc. and Apstra, Inc., (collectively, "Plaintiffs") and Defendant Swarm Technology LLC ("Swarm") hereby stipulate, subject to the Court's approval, to extend the Court's August 15, 2022 deadline for Swarm to file amended counterclaims as set forth in this Court's Order dated August 1, 2022 (Document No. 92).

Swarm seeks an extension of the current deadline of August 15, 2022 until fourteen (14) days following a final ruling on Swarm's Motion for Leave to File a First Amended Complaint ("Motion") currently pending in the District of Arizona in *Swarm Technology LLC v. Amazon.com Incorporated, et al.*, Case 2:21-cv-00438-DWL (*"Swarm v. Amazon"*). On August 2, 2022, the Arizona Court scheduled a hearing on the Motion for August 16, 2022. The Arizona Court also stated that it would issue a tentative ruling on that Motion before the hearing. *See* Dkt. No. 94 in *Swarm v. Amazon*. Swarm seeks this extension because the Arizona Court's ruling will influence Swarm's actions here regarding its counterclaims and will potentially conserve judicial and party resources.

Plaintiffs have agreed to Swarm's requested extension.

Upon notification of the final ruling from the Arizona Court, the parties will advise this Court of the new due date for Swarm's amended counterclaims.

No other deadlines will be impacted by this extension. The parties have previously stipulated to two extensions for Swarm to respond to the original complaint (Dkt. Nos. 16-17), an extension for Juniper to respond to Swarm's original motion to dismiss (Dkt. No. 21), an extension for Plaintiffs to respond to Swarm's motion to dismiss the amended complaint, for Swarm to file its reply in support of its motion to dismiss, and the hearing on Swarm's motion to dismiss (Dkt. Nos. 41-42), an extension for Plaintiffs to respond to Swarm's counterclaims (Dkt. Nos. 67-68), and an extension for Plaintiffs to file their reply to Swarm's opposition to Plaintiffs' motion to dismiss Swarm's counterclaims (77, 81).

Dated: August 4, 2022

Respectfully submitted,

By */s/ Michael K. Kelly*

**BEUS GILBERT McGRODER PLLC**
　Leo R. Beus
　Michael K. Kelly
　Christine N. Jones
　Daniel J. Anderson

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
　Allan Steyer
　Suneel Jain

*Attorneys for Defendant Swarm Technology LLC*

By /s/ *Ken K. Fung*

**FISCH SIGLER LLP**
Ken. K. Fung
*Attorneys for Plaintiffs*
*Juniper Networks, Inc. and Apstra, Inc.*

Filer's Attestation: I attest that counsel for the parties have concurred in this filing.

　　　　　　　　　　　　　　　/s/ *Suneel Jain*
　　　　　　　　　　　　　　　Suneel Jain

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I caused the foregoing document to be served via the Court's CM/ECF system on all counsel of record per Local Rule CV-5(5).

　　　　　　　　　　　　　　　 /s/ *Suneel Jain*
　　　　　　　　　　　　　　　Suneel Jain

STIPULATION TO EXTEND DEADLINE TO FILE AMENDED COUNTERCLAIMS　　　2　　　CASE NO. 3:20-CV-3137-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

JAMES DONATO
United States District Judge