Alan M. Fisch (*pro hac vice*)
alan.fisch@fischllp.com
R. William Sigler (*pro hac vice*)
bill.sigler@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Ken K. Fung (SBN: 283854)
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
Tel: 650.362.8207
Fax: 202.362.3501

Attorneys for Plaintiffs
Juniper Networks, Inc.
and Apstra, Inc.

Leo R. Beus (*pro hac vice*)
Michael K. Kelly (*pro hac vice*)
Daniel J. Anderson (*pro hac vice*)
BEUS GILBERT PLLC
Attorneys at Law
701 North 44th Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000
Facsimile: (480) 429-3001
Email: lbeus@beusgilbert.com
mkelly@beusgilbert.com
danderson@beusgilbert.com

Allan Steyer (SBN: 100318)
Suneel Jain (SBN: 314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
sjain@steyerlaw.com

Attorneys for Defendant
Swarm Technology LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC. and APSTRA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SWARM TECHNOLOGY LLC,<br><br>Defendant. | Case No. 3:20-cv-3137-JD<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO FILE AMENDED COUNTERCLAIMS**<br><br>Location:  Courtroom 11, 19th Floor<br>Judge:     Hon. James Donato |

Pursuant to Local Rules 6-2(a) and 7-12, Plaintiff Juniper Networks, Inc. and Apstra, Inc., (collectively, "Plaintiffs") and Defendant Swarm Technology LLC ("Swarm") hereby stipulate, subject to the Court's approval, that the due date for Swarm to file its amended counterclaims as set forth in this Court's Order dated August 1, 2022 (Document No. 92) shall be September 6, 2022.

Pursuant to this Court's Order dated August 10, 2022 (Document No. 94), the parties hereby advise this Court that on August 22, the Arizona District Court issued its final ruling granting Swarm's Motion for Leave to file Swarm's first amended complaint. This Court's Order (Document No. 94) set the due date for Swarm's amended counterclaims for two weeks after the Arizona Court's final ruling. However, because September 5, 2022, falls on a Federal Holiday, the parties hereby stipulate, with the Court's permission, that Swarm's amended counterclaims shall be due on September 6, 2022.

Dated: August 24, 2022                      Respectfully submitted,


By /s/ Michael K. Kelly

**BEUS GILBERT McGRODER PLLC**
   Leo R. Beus
   Michael K. Kelly
   Christine N. Jones
   Daniel J. Anderson

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
   Allan Steyer
   Suneel Jain

*Attorneys for Defendant Swarm Technology LLC*

STIPULATION SETTING DEADLINE
TO FILE AMENDED COUNTERCLAIMS

1                               CASE NO. 3:20-CV-3137-JD

By /s/ *Ken K. Fung*

**FISCH SIGLER LLP**
Ken. K. Fung
*Attorneys for Plaintiffs*
*Juniper Networks, Inc. and Apstra, Inc.*

Filer's Attestation: I attest that counsel for the parties have concurred in this filing.

/s/ *Suneel Jain*
Suneel Jain

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, I caused the foregoing document to be served via the Court's CM/ECF system on all counsel of record per Local Rule CV-5(5).

/s/ *Suneel Jain*
Suneel Jain

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 29, 2022

_____
JAMES DONATO
United States District Judge

3    CASE NO. 3:20-CV-3137-JD
STIPULATION SETTING DEADLINE
TO FILE AMENDED COUNTERCLAIMS